## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

THERESA L. RODRIGUEZ, ZACHARY M. SHANK, MICHAEL P. MANSBERGER, HEIDI L. DETRA, and TIM CAMPBELL, individually and on behalf of all others similarly situated,

        Plaintiff(s),

v.

HY-VEE, INC., THE BOARD OF DIRECTORS OF HY-VEE, INC., THE HY-VEE AND AFFILIATES 401(K) PLAN INVESTMENT COMMITTEE, and JOHN DOES 1-30,

        Defendant(s),

CIVIL NUMBER:  4:22-cv-00072-SHL-WPK

JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

The Court granted Defendants' Motion for Summary Judgment. Judgment is entered in favor of Defendants and against Plaintiffs.

Date:  March 7, 2024

CLERK, U.S. DISTRICT COURT

/s/  M. Mast
_____
By: Deputy Clerk